IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action |
| v. | : | |
| | : | No. 08-163-01 |
| DARREN L. CEPHAS | : | |

## ORDER

AND NOW, this 4th day of June, 2009, after careful consideration of Defendant's Motion for Judgment of Acquittal or, in the alternative, for a New Trial, it is hereby ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.