IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 08-163 |
|---|---|---|
| | : | CIVIL ACTION No. 12-6625 |
| v. | : | |
| | : | |
| DARREN CEPHAS | : | |

## O R D E R

AND NOW, this 2nd day of July, 2014, having considered Cephas's motion to

vacate, set aside or correct sentence under 28 U.S.C. § 2255 and Respondents' response, **I**

**HEREBY ORDER** that Cephas's motion is **DENIED WITH PREJUDICE AND**

**WITHOUT A HEARING**.

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued

pursuant to 28 U.S.C. § 2253 because Cephas has failed to make a substantial showing

of denial of a constitutional right

The Clerk of Court is hereby directed to mark this case closed.


J. (WILLIAM DITTER, JR., J.